IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT R. KELLY, JR.,         ) | |
|                                  ) | |
|       Petitioner,         ) | Case No. CV 05-241-S-LMB |
|                                  ) | |
| v.         ) | **JUDGMENT** |
|                                  ) | |
| JO ANNE B. BARNHART,         ) | |
| COMMISSIONER OF THE SOCIAL         ) | |
| SECURITY ADMINISTRATION,         ) | |
|                                  ) | |
|       Respondent.         ) | |
| _____) | |

       In accordance with the Memorandum Decision and Order entered August 10, 2006 (Docket No. 22), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety with prejudice.

DATED: **August 10, 2006**.

_____
Larry M. Boyle
United States District Court